# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**MICHAEL R. CHUBB**

    Plaintiff,

v.

**SAM BROWNBACK et al.**,

    Defendants.

Case No. 14-cv-03227-DDC-DJW

## ORDER TO SHOW CAUSE

The court orders plaintiff to file a written response, within 21 days from the filing date of this Order, explaining why the court should not dismiss his claims against Governor Sam Brownback, Kansas Attorney General Derek Schmidt, Shawn Sullivan, former Secretary of the Kansas Department of Aging and Disability Services, Kimberly M.J. Lynch, Corrine E. Johnson, and Brenda West Hagerman, and his 18 U.S.C. § 241, 18 U.S.C. § 1001, 42 U.S.C. § 1981, and equal protection claims against all defendants for failure to state a claim, as Magistrate Judge Waxse recommended in his September 23, 2015 order (Doc. 6).  If plaintiff does not file a timely response, the court will enter an order adopting Judge Waxse's recommendations and dismissing the claims and defendants identified here.

    **IT IS SO ORDERED.**

    **Dated this 27th day of September, 2016, at Topeka, Kansas.**

                                                    **s/ Daniel D. Crabtree**
                                                    **Daniel D. Crabtree**
                                                    **United States District Judge**